**Order entered September 9, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00524-CV

**BRIAN CAYCE BERTRAND, Appellant**

**V.**

**JOHN DAVID BERTRAND AND ANDREA GAIL ROBINSON BETRAND, Appellees**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-15646**

## ORDER

We **ORDER** the District Clerk to file before **September 12, 2014** a supplemental clerk's record containing (1) the February 22, 2013 "Brief in Support of Amended and Consolidated Motion for Sanctions," and (2) the March 6, 2013 "Rule 11 Agreement to Accept Service of Subpoenas for March 7, 2013 Hearing on Defendants' Motion for Sanctions."

/Robert M. Fillmore/
ROBERT M. FILLMORE
PRESIDING JUSTICE